People of the State of Illinois, Plaintiff-Appellees, v. Richard Henry Wotchko, Defendant-Appellant.

People of the State of Illinois, Plaintiff-Appellees, v. Richard Lee Vesper, Defendant-Appellant.

Gen. Nos. 66–4M, 66–5M. (Abstract of Decision.)

Fifth District.

August 2, 1966.

Emerson Baetz, of Alton, for appellant; Joseph R. Bartylak, State's Attorney, of Edwardsville, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.